# CERTIFICATE OF SERVICE

State of New York )
County of Rockland )

I, Bertin Belony (name), certify that service of this summons Klein vs. Witriol and a copy of the complaint was made __1/17/2019__ (date) by: N.Y.

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | | |
|---|---|---|
| Moshe Leib (Moses) Witriol<br>17 Schunnemunk Rd.<br>Monroe, NY 10950 | Aryeh Gutman,<br>1451 45th St.<br>Brooklyn NY 11219 | Joseph Maria<br>301 Old Tarrytown Rd.<br>White Plains NY 10603 |
| Yitzchok Dov (Isaac, George) Fisch<br>9 Howard Dr.<br>Spring Valley NY 10977 | Schlomo Gutman<br>34 Whispering Pine Lane<br>Lakewood NJ 08701 | **And a Courtesy Copy to:**<br><br>Krista M. Preuss (KMP7299)<br>Chapter 13 Trustee<br>399 Knollwood Rd.<br>White Plains NY 10603 |
| Rabbi Gabriel Stern<br>5 Cedar Ln.<br>Monsey NY 10952 | Aron Eagle,<br>1418-48th St.<br>Brooklyn NY 11219 | Melissa N Licker<br>McCalla Raymer Leibert Pierce, LLC<br>420 Lexington Avenue, Suite 840<br>New York, NY 10170 |
| Zalman Dov Klein<br>37 Rodney St.<br>Brooklyn NY 11211 | Jacob (Yossi) Eagle,<br>5717-19 18th Avenue<br>Brooklyn, NY 11204 | |
| Malky Fisch<br>9 Howard Dr.<br>Spring Valley NY 10977 | Esther Klein,<br>11 Cedar Ln. Unit 102<br>Monsey NY 10952 | Phillip Andrew Raymond<br>McCalla Raymer Leibert Pierce, LLC<br>420 Lexington Avenue, Suite 840<br>New York, NY **10170** |
| Dina Klein,<br>37 Rodney St.<br>Brooklyn NY 11211 | Avraham Lehrer<br>6 Karen Dr.<br>Spring Valley NY 10977 | Nathan Horrowitz<br>One Barker Avenue, Suite 301<br>White Plains NY 10601 |

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 1/17/2019    Signature _____

Sworn to before me this 17th
day of January 2019

_____
Notary Public

CABRERA JANETH MAGALI
Notary Public, State of New York
No. 01CA6308495
Qualified in Rockland County
My Commission Expires Jul 28, 2022

Print Name: Bertin Belony
Business Address: 18 Fredrek drive
Spring Valley, New York
10977

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Benjamin Klein                                      Bankruptcy Case No.: 18-23417-rdd

Benjamin Klein
                                    Plaintiff(s),
-against-                                                  Adversary Proceeding No. 19-08200-rdd
Moshe Leib (Moses) Witriol
Schlomo Gutman
Yitzchok Dov (Isaac, George) Fisch
Aron Eagle
Rabbi Gabriel Stern
Jacob (Yossi) Eagle
Zalman Dov Klein
Esther Klein
Malky Fisch
Avraham Lehrer
Dina Klein
Joseph Maria
Aryeh Gutman
                                    Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| **Address of Clerk:** |
| --- |
| **Clerk of the Court**<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**300 Quarropas Street**<br>**White Plains, NY 10601** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
| --- |
| **Benjamin Klein**<br>**P.O Box 747**<br>**Monsey, NY 10952-0747** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | Room: Courtroom TBA (RDD), 300 Quarropas Street, White Plains, NY 10601<br>Date and Time: 3/13/19 at 10:00 AM |
| --- | --- |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 1/14/19                                             Vito Genna
                                                           _____
                                                           *Clerk of the Court*

By: /s/ Justin Walker

*Deputy Clerk*