UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 13 |
| BENJAMIN KLEIN, | 18-23417 (RDD) |
| Debtor, | |

-----------------------------------------------------x

BENJAMIN KLEIN,

                Plaintiff,

vs.

Moshe Leib (Moses) Witriol, Yitzchok Dov (Isaac, George) Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon leave granted) Joseph Maria, and Does 1-100,

                Defendant(s).

Adv. Pro. No. 19-08200 (RDD)

-----------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Marc Stuart Goldberg, certify that on February 13, 2019, the Notice of Motion, bearing the hearing date and time in the upper right hand corner, Affirmation/Motion, with Exhibit, and Memorandum of Law in the above referenced adversary proceeding [ECF Dkt. No. 4, 4-1, 4-2 and 4-3] was served by first class mail, postage and costs prepaid, mailed within the State of New York, upon:

| | |
|---|---|
| Moshe Leib (Moses) Witriol<br>417 Schunnemunk Rd.<br>Monroe, NY 10950 | Schlomo Gutman<br>34 Whispering Pine Lane<br>Lakewood NJ 08701 |

| | |
|---|---|
| Yitzchok Dov (Isaac, George) Fisch<br>9 Howard Dr.<br>Spring Valley NY 10977 | Aron Eagle,<br>1418-48th St.<br>Brooklyn NY 11219 |
| Rabbi Gabriel Stern<br>5 Cedar Ln.<br>Monsey NY 10952 | Jacob (Yossi) Eagle,<br>5717-19 18th Avenue<br>Brooklyn, NY 11204 |
| Zalman Dov Klein<br>37 Rodney St.<br>Brooklyn NY 11211 | Esther Klein,<br>11 Cedar Ln. Unit 102<br>Monsey NY 10952 |
| Malky Fisch<br>9 Howard Dr.<br>Spring Valley NY 10977 | Avraham Lehrer<br>6 Karen Dr.<br>Spring Valley NY 10977 |
| Dina Klein,<br>37 Rodney St.<br>Brooklyn NY 11211 | Joseph Maria<br>301 Old Tarrytown Rd.<br>White Plains NY 10603 |
| Aryeh Gutman,<br>1451 45th St.<br>Brooklyn NY 11219 | |
| Benjamin Klein<br>P.O. Box 747<br>Monsey, NY 10952-0747 | |

Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| 2/13/2019 | /s/ Marc Stuart Goldberg |
| Date | Signature |

Print Name
Marc Stuart Goldberg

Business Address
670 White Plains Road, Suite 121

| City | State | Zip |
|---|---|---|
| Scarsdale | New York | 10583 |