UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re,<br>BENJAMIN KLEIN,<br>PO Box 747<br>Monsey NY 10952<br>SSN xxx-xx-7215<br>          Debtor(s). | Case No. 18-23417 RDD<br>Chapter 13 |
| BENJAMIN KLEIN,<br><br>        Plaintiff(s),<br><br>vs.<br><br>Moshe Leib (Moses) Witriol, Yitzchok Dov (Isaac, George) Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon leave granted) Joseph Maria, and Does 1-100,<br><br>        Defendant(s). | Adversary No. 19-08200 RDD<br><br>**REQUEST FOR**<br>**CERTIFICATE OF DEFAULT** |

FILED
US BANKRUPTCY COURT
2019 FEB 14 P 12:03
S.D. OF N.Y.

TO:   CLERK OF THE COURT
       UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK

      Please enter the default of defendant(s), Zalman Dov Klein,, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Avraham Lehrer, Joseph Maria, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Plaintiff.

Dated: February 14, 2019                By:_____
                                                                   Benjamin Klein
                                                                   PO Box 747 Monsey NY 10952
                                                                   845-694-4578 benmail914@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re,<br>BENJAMIN KLEIN,<br>PO Box 747<br>Monsey NY 10952<br>SSN xxx-xx-7215<br>　　　　　Debtor(s). | Case No. 18-23417 RDD<br>Chapter 13 |
| BENJAMIN KLEIN,<br>　　　　　Plaintiff(s),<br>vs.<br>Moshe Leib (Moses) Witriol, Yitzchok Dov (Isaac, George) Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon leave granted) Joseph Maria, and Does 1-100,<br>　　　　　Defendant(s). | Adversary No. 19-08200 RDD<br><br>**AFFIRMATION IN SUPPORT<br>OF REQUEST FOR<br>CERTIFICATE OF DEFAULT** |

State of New York,　)
　　　　　　　　　　) ss:
County of Rockland　)

Benjamin Klein hereby declares as follows:

1.　He is the Plaintiff in this action.

2.　This action was commenced pursuant to Summons and Complaint Docs 1 and 2 in this action.

3.　The time for defendant(s),Zalman Dov Klein,, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Avraham Lehrer, Joseph Maria, to answer or otherwise move with respect to the complaint herein has expired.

4.　Defendant(s), Zalman Dov Klein,, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Avraham Lehrer, Joseph Maria, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) Zalman Dov Klein,, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Avraham Lehrer, Joseph Maria, to answer or otherwise move has not been extended.

5.   That defendant(s) Zalman Dov Klein,, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Avraham Lehrer, Joseph Maria, is not an infant or incompetent. Defendant(s) Zalman Dov Klein,, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Avraham Lehrer, Joseph Maria, is not presently in the military service of the United States as appears from facts in this litigation.

6.   Defendant(s) Zalman Dov Klein,, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Avraham Lehrer, Joseph Maria, is indebted and a grave danger to Plaintiff, Benjamin Klein, as described in the Summons and Complaint (Doc 1 and 2), Causes of Actions, Count 1-9, incorporated herein.

WHEREFORE, Plaintiff Benjamin Klein requests that the default of defendant(s) Zalman Dov Klein,, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Avraham Lehrer, Joseph Maria, be noted and a certificate of default issued. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed and the injuctive relief requested is justly due to Plaintiff, and that no part thereof has been paid.

Dated: 2/14/19

By: _____
Benjamin Klein
PO Box 747 Monsey NY 10952
845-694-4578 benmail914@gmail.com

Sworn to before me this __14__ day of __FEBRUARY__, 20_19_

_____
Notary Public

CABRERA JANETH MAGALI
Notary Public, State of New York
No. 01CA6308495
Qualified in Rockland County
My Commission Expires Jul 28, 20_22_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re,<br>BENJAMIN KLEIN,<br>PO Box 747<br>Monsey NY 10952<br>SSN xxx-xx-7215<br>_____Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | Case No. 18-23417 RDD<br>Chapter 13 |
| BENJAMIN KLEIN,<br><br>Plaintiff(s),<br><br>vs.<br><br>Moshe Leib (Moses) Witriol, Yitzchok Dov (Isaac, George) Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon leave granted) Joseph Maria, and Does 1-100,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 19-08200 RDD<br><br>**CERTIFICATE OF DEFAULT** |

I, _____, Clerk of Court of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the defendant Zalman Dov Klein has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Zalman Dov Klein is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York
       , 20___

_____, Clerk of Court

By: _____
    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re,<br>BENJAMIN KLEIN,<br>PO Box 747<br>Monsey NY 10952<br>SSN xxx-xx-7215<br>　　　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | Case No. 18-23417 RDD<br>Chapter 13 |
| BENJAMIN KLEIN,<br>　　　　Plaintiff(s),<br>vs.<br>Moshe Leib (Moses) Witriol, Yitzchok Dov (Isaac, George) Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon leave granted) Joseph Maria, and Does 1-100,<br>　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 19-08200 RDD<br><br>**CERTIFICATE OF DEFAULT** |

I, _____, Clerk of Court of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the defendant Dina Klein has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Dina Klein is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York
　　　　_____, 20___

　　　　　　　　　　　　　　　　　　　　_____, Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re,<br>BENJAMIN KLEIN,<br>PO Box 747<br>Monsey NY 10952<br>SSN xxx-xx-7215<br>_____ Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | Case No. 18-23417 RDD<br>Chapter 13 |
| BENJAMIN KLEIN,<br><br>Plaintiff(s),<br><br>vs.<br><br>Moshe Leib (Moses) Witriol, Yitzchok Dov (Isaac, George) Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon leave granted) Joseph Maria, and Does 1-100,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 19-08200 RDD<br><br>**CERTIFICATE OF DEFAULT** |

I, _____, Clerk of Court of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the defendant Aryeh Gutman has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Aryeh Gutman is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:      , New York
            , 20___

_____, Clerk of Court

By: _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re,<br>BENJAMIN KLEIN,<br>PO Box 747<br>Monsey NY 10952<br>SSN xxx-xx-7215<br>　　　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | Case No. 18-23417 RDD<br>Chapter 13 |
| BENJAMIN KLEIN,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Moshe Leib (Moses) Witriol, Yitzchok<br>Dov (Isaac, George) Fisch, Rabbi<br>Gabriel Stern, Zalman Dov Klein, Malky<br>Fisch, Dina Klein, Aryeh Gutman,<br>Schlomo Gutman, Aron Eagle, Jacob<br>(Yossi) Eagle, Esther Klein, Avraham<br>Lehrer, (& upon leave granted) Joseph<br>Maria, and Does 1-100,<br><br>　　　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 19-08200 RDD<br><br>**CERTIFICATE OF DEFAULT** |

I, _____, Clerk of Court of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the defendant Schlomo Gutman has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Schlomo Gutman is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:　　　　, New York
　　　　, 20___

_____, Clerk of Court

By: _____
　　　Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re,<br>BENJAMIN KLEIN,<br>PO Box 747<br>Monsey NY 10952<br>SSN xxx-xx-7215<br>_____ Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | Case No. 18-23417 RDD<br>Chapter 13 |
| BENJAMIN KLEIN,<br><br>Plaintiff(s),<br><br>vs.<br><br>Moshe Leib (Moses) Witriol, Yitzchok Dov (Isaac, George) Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon leave granted) Joseph Maria, and Does 1-100,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 19-08200 RDD<br><br>**CERTIFICATE OF DEFAULT** |

I, _____, Clerk of Court of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the defendant Aron Eagle has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Aron Eagle is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:        , New York
              , 20___

_____, Clerk of Court

By: _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re,<br>BENJAMIN KLEIN,<br>PO Box 747<br>Monsey NY 10952<br>SSN xxx-xx-7215<br>_____ Debtor(s). | ) ) ) ) ) ) ) | Case No. 18-23417 RDD<br>Chapter 13 |
| BENJAMIN KLEIN,<br><br>        Plaintiff(s),<br><br>vs.<br><br>Moshe Leib (Moses) Witriol, Yitzchok Dov (Isaac, George) Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon leave granted) Joseph Maria, and Does 1-100,<br><br>        Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adversary No. 19-08200 RDD<br><br>**CERTIFICATE OF DEFAULT** |

I, _____, Clerk of Court of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the defendant Jacob (Yossi) Eagle has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Jacob (Yossi) Eagle is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:      , New York
            , 20___                              _____, Clerk of Court

                                                 By: _____
                                                     Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re,<br>BENJAMIN KLEIN,<br>PO Box 747<br>Monsey NY 10952<br>SSN xxx-xx-7215<br>　　　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | Case No. 18-23417 RDD<br>Chapter 13 |
| BENJAMIN KLEIN,<br>　　　　Plaintiff(s),<br>vs.<br>Moshe Leib (Moses) Witriol, Yitzchok Dov (Isaac, George) Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon leave granted) Joseph Maria, and Does 1-100,<br>　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 19-08200 RDD<br><br>**CERTIFICATE OF DEFAULT** |

I, _____, Clerk of Court of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the defendant Avraham Lehrer has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Avraham Lehrer is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:　　　　, New York
　　　　, 20___

　　　　　　　　　　　　_____, Clerk of Court

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re,<br>BENJAMIN KLEIN,<br>PO Box 747<br>Monsey NY 10952<br>SSN xxx-xx-7215<br>        Debtor(s). | Case No. 18-23417 RDD<br>Chapter 13 |
| BENJAMIN KLEIN,<br><br>        Plaintiff(s),<br><br>vs.<br><br>Moshe Leib (Moses) Witriol, Yitzchok Dov (Isaac, George) Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch, Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle, Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon leave granted) Joseph Maria, and Does 1-100,<br><br>        Defendant(s). | Adversary No. 19-08200 RDD<br><br>**CERTIFICATE OF DEFAULT** |

I, _____, Clerk of Court of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the defendant Joseph Maria has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Joseph Maria is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:    , New York
        , 20\_\_\_

_____, Clerk of Court

By: _____
     Deputy Clerk

# CERTIFICATE OF SERVICE

State of New York )

County of Rockland )

I, Bertin Belony (name), certify that service of Certificate of Default documents titled Klein vs. Witriol was made 2/14/2019 (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, and addressed to:

| Moshe Leib (Moses) Witriol<br>417 Schunnemunk Rd.<br>Highland Mils, NY 10930<br><br>Kiryas Joel (Police) Department of Public Safety<br>Moshe Leib (Moses) Witriol<br>158 Schunnemunk Rd.<br>Monroe NY 10950<br><br>Marc Stuart Goldberg<br>670 White Plains Road Suite 121<br>Scarsdale, NY 10583<br><br>Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>875 Third Avenue<br>New York NY 10022 | Zalman Dov Klein<br>37 Rodney St.<br>Brooklyn NY 11249<br><br>Dina Klein,<br>37 Rodney St.<br>Brooklyn NY 11249<br><br>Aryeh Gutman<br>1451 45th St.<br>Brooklyn NY 11219<br><br>Schlomo Gutman<br>34 Whispering Pine Lane<br>Lakewood NJ 08701 | Aron Eagle<br>1418-48th St.<br>Brooklyn NY 11219<br><br>Jacob (Yossi) Eagle<br>5717-19 18th Avenue<br>Brooklyn NY 11204<br><br>Avraham Lehrer<br>6 Karen Drive<br>Spring Valley NY 10977<br><br>Joseph Maria<br>301 Old Tarrytown Rd.<br>White Plains NY 10603 |

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 2/14/2019    Signature _____

Sworn to before me this 14 day of February, 2019

_____
Notary Public

CABRERA JANETH MAGALI
Notary Public, State of New York
No. 01CA6308495
Qualified In Rockland County
My Commission Expires Jul 28, 2022

Print Name: Bertin Belony

Business Address: 18 Fredree drive
Spring Valley, NY 10977