UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BENJAMIN KLEIN,<br><br>                                                DEBTOR.<br>-----------------------------------------------------------------<br>MOSHE LEIB (MOSES) WITRIOL, YITZCHOK DOV ISAAC, GEORGE) FISCH, RABBI GABRIEL STERN, ZALMAN DOV KLEIN, MALKY FISCH, DINA KLEIN, ARYEH GUTMAN, SCHLOMO GUTMAN, ARON EAGLE, JACOB (YOSSI) EAGLE, ESTHER KLEIN, AVRAHAM LEHRER, (& UPON LEAVE GRANTED) JOSEPH MARIA, and DOES 1-100),<br><br>                                                Plaintiffs,<br>-against-<br><br>MOSHE LEIB (MOSES) WITRIOL, YITZCHOK DOV (ISAAC, GEORGE) FISCH, RABBI GABRIEL STERN, ZALMAN DOV KLEIN, MALKY FISCH, DINA KLEIN, ARYEH GUTMAN, SCHLOMO GUTMAN, ARON EAGLE, JACOB (YOSSI) EAGLE, ESTHER KLEIN, AVRAHAM LEHRER, (& UPON LEAVE GRANTED) JOSEPH MARIA, and DOES 1-100),<br><br>                                                Defendants. | Chapter 13<br><br>Case No.: 18-23417-RDD<br><br><br><br><br><br>ADV. P. NO. 19-08200-RDD<br><br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                                        ss.:
COUNTY OF NEW YORK  )

NATHANAEL F. MEYERS, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Hamilton Township, New Jersey.

2. On the 13th day of February, 2019, I served:

- Notice of Motion for Order Dismissing Complaint Pursuant To Rule 7012 and 7009(B) of The Federal Rules of Bankruptcy Procedure and Granting Related Relief [Adv. Docket No. 7];

{00988217.DOC;1 }

- Memorandum of Law On Behalf of Defendant Rabbi Gabriel Stern In Support of His Motion To Dismiss Plaintiff's Complaint [Adv. Docket No.7-1]; and
- Declaration of Robert Sasloff In Support of Motion for Order Dismissing Complaint Pursuant To Rule 7012 and 7009(B) of The Federal Rules of Bankruptcy Procedure and Granting Related Relief [Adv. Docket No. 7-2] via Overnight Delivery Upon:

BENJAMIN KLEIN
P.O. BOX 747
MONSEY, NY 10952-0747

by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
15th day of February, 2019

_____
Notary Public, State of New York
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-22

_____
NATHANAEL F. MEYERS