UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re,
BENJAMIN KLEIN,
PO Box 747
Monsey, NY 10952
SSN xxx-xx-7215
-----------------------------------------------------------------------X
Benjamin Klein,                                   Case No. 18-23417 RDD
                                                  Chapter 13
                     Plaintiff(s),
            vs.                                   Adversary No. 19-08200 RDD

Moshe Leib (Moses) Witrol, Yitzchok Dov (Isaac, George)
Fisch, Rabbi Gabriel Stern, Zalman Dov Klein, Malky Fisch,
Dina Klein, Aryeh Gutman, Schlomo Gutman, Aron Eagle,
Jacob (Yossi) Eagle, Esther Klein, Avraham Lehrer, (& upon
Leave granted) Joseph Maria, and Does 1-100,

                     Defendant(s).
-----------------------------------------------------------------------X

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that upon the accompanying Memorandum of Law dated February 26, 2019, the Declaration of Joseph Churgin, Esq., dated February 26, 2019, and all exhibits attached thereto, Defendants Zalman Dov Klein and Dina Klein, by and through their attorneys, SAVAD CHURGIN, move this Court, before Hon. Robert D. Drain, USDJ, at the United States Courthouse, located at 300 Quarropas Street, White Plains, New York 10601, on March 13, 2019 at 10:00 a.m. for an Order denying Plaintiff's request for a Certificate of Default and/or granting Responding Defendants an extension of time to answer the Complaint.

PLEASE TAKE FURTHER NOTICE that responsive briefs and papers will be served pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: Nanuet, New York
February 26, 2019

SAVAD CHURGIN LLP

/s/ Joseph Churgin

Joseph A. Churgin (JC 6854)
Attorneys for Defendants
Zalman Dov Klein and Dina Klein
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820
j.churgin@savadchurgin.com

*To the following parties:*

Ben Klein, Plaintiff, Pro Se
P.O. Box 747
Monsey, New York 10952-0747

Marc Stuart Goldberg
Marc Stuart Goldberg, LLC
670 White Plains Road
Suite 121
Scarsdale, NY 10583
(914) 725-8200
(914) 725-7724 (fax)
mgoldberg@msglegal.com

representing

Esther Klein
11 Cedar Ln. Unit 102
Monsey, NY 10952
*(Defendant)*

Malky Fisch
9 Howard Dr.
Spring Valley, NY 10977
*(Defendant)*

Yitzchok Dov (Isaac, George) Fisch
9 Howard Dr.
Spring Valley, NY 10977
*(Defendant)*

| | | |
|---|---|---|
| Robert M. Sasloff<br>Robinson Brog Leinwand Greene<br>Genovese & Gluck P.C.<br>875 Third Avenue<br>9th Floor<br>New York, NY 10022-0123<br>(212) 586-4050<br>(212) 956-2164 (fax)<br>rms@robinsonbrog.com | representing | Rabbi Gabriel Stern<br>5 Cedar Ln.<br>Monsey, NY 10952<br>*(Defendant)* |

Moshe Leib (Moses) Witriol, *defendant*
17 Schunnermunk Road
Monroe, New York 10950

Aryeh Gutman, *defendant*
1451 45th Street
Brooklyn, New York 11219

Schlomo Gutman, *defendant*
34 Whispering Pines Lane
Lakewood, New Jersey 08701

| | | |
|---|---|---|
| Nicholas Fortuna<br>Allyn & Fortuna LLP<br>1010 Avenue of the Americas<br>New York, NY 10018 | representing | Aron and Jacob Eagle, *defendants* |

Avraham Lehrer, *defendant*
6 Karen Drive
Spring Valley, New York 10977

Joseph Maria, *defendant*
301 Old Tarrytown Road
White Plains, New York 10603